IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TRIAD GUARANTY INC.,[1] | ) ) ) | Case No. 13-11452 (MFW) |
| Debtor. | ) ) ) | **Re: Docket No. 338** |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S THIRD MOTION FOR AN ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTOR MAY FILE AND SOLICIT ACCEPTANCES OF A PLAN PURSUANT TO 11 U.S.C. § 1121(d)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or any other responsive pleading to the Debtor's Third Motion for an Order Extending the Exclusive Periods During Which the Debtor May File and Solicit Acceptances of a Plan Pursuant to 11 U.S.C. § 1121(d) (the "Motion") [D.I. 338], filed September 26, 2014. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than October 10, 2014 at 4:00 p.m. ET.

The undersigned respectfully requests that the Order attached hereto be entered at the Court's earliest convenience, without further notice or hearing.

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 8519. The location of the Debtor's headquarters and the Debtor's service address is 1900 Crestwood Blvd., Birmingham, AL 35210.

Dated: October 14, 2014

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Thomas M. Horan
Francis A. Monaco, Jr. (DE Bar No. 2078)
Matthew P. Ward (DE Bar No. 4471)
Thomas M. Horan (DE Bar No. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: fmonaco@wcsr.com
E-mail: maward@wcsr.com
E-mail: thoran@wcsr.com

*Counsel to the Debtor and Debtor-in-Possession*

2

WCSR 33108347v2