IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIAD GUARANTY INC.,[1] | ) Case No. 13-11452 (MFW) |
| | ) |
| Debtor. | ) **Re: D.I. 338** |
| | ) |

**THIRD ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTOR MAY FILE AND SOLICIT ACCEPTANCES OF A PLAN PURSUANT TO 11 U.S.C. § 1121(d)**

Upon the Debtor's[2] Third Motion for an Order Extending the Exclusive Periods During Which the Debtor May File and Solicit Acceptances of a Plan Pursuant to 11 U.S.C. § 1121(d) (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances, and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its creditors, and all parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby ordered that:

1. The Motion is granted.

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 8519. The location of the Debtor's headquarters and the Debtor's service address is 1900 Crestwood Blvd., Birmingham, AL 35210.

[2] Capitalized terms not herein defined shall have the same meaning ascribed to them in the Motion.

2.    The Plan Period is hereby extended through and including December 3, 2014 and the Solicitation Period (together, the Plan Period and the Solicitation Period are the "<u>Exclusive Periods</u>") is hereby extended through and including February 3, 2015.

3.    During the Exclusive Periods, only the Debtor may file a plan and/or solicit acceptances of any such plan.

4.    The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Dated: October 15, 2014

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

WCSR 33043048v1