IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Triad Guaranty Inc.[1] | ) | Case No. 13-11452 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
OCTOBER 23, 2014 AT 11:30 A.M. (ET)
BEFORE THE HONORABLE MARY F. WALRATH[2]**

**WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN
CANCELED AS THERE ARE NO MATTERS GOING FORWARD**

Dated: October 21, 2014         WOMBLE CARLYLE SANDRIDGE
                                & RICE, LLP

                                /s/ Thomas M. Horan
                                Francis A. Monaco, Jr. (DE Bar No. 2078)
                                Matthew P. Ward (DE Bar No. 4471)
                                Thomas M. Horan (DE Bar No. 4641)
                                222 Delaware Avenue, Suite 1501
                                Wilmington, DE 19801
                                Telephone: (302) 252-4320
                                Facsimile: (302) 252-4330
                                E-mail: fmonaco@wcsr.com
                                E-mail: maward@wcsr.com
                                E-mail: thoran@wcsr.com

                                *Counsel to the Debtor and Debtor-in-Possession*

                                *-and-*

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 8519. The location of the Debtor's headquarters and the Debtor's service address is 1900 Crestwood Blvd., Birmingham, AL 35210.

[2] All telephonic court appearances must be arranged through CourtCall, LLC (T: 866-582-6878 or F: 866-533-2946). The hearing will take place before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

WCSR 33119119v2

**MORRISON & FOERSTER LLP**
Anthony Princi
Remmelt Reigersman
James A. Newton
250 W. 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: aprinci@mofo.com
E-mail: rreigersman@mofo.com
E-mail: jnewton@mofo.com

*Special Counsel to the Debtor and Debtor-in-Possession*

2

WCSR 33119119v2