**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIAD GUARANTY INC. | Case No. 13-11452 (MFW) |
| Debtor. | **Objections Due: May 8, 2018 at 4:00 p.m. ET** |
| | **Re: D.I. 616** |

**CERTIFICATE OF NO OBJECTION REGARDING EIGHTH MONTHLY APPLICATION OF DONLIN, RECANO & COMPANY, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ADMINISTATIVE AGENT TO THE DEBTOR FOR THE PERIOD FEBRUARY 1, 2018 THROUGH MARCH 31, 2018**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Eighth Monthly Fee Application of Donlin, Recano & Company, Inc. ("DRC") for Compensation for Services Rendered and Reimbursement of Expenses as Administrative Agent to the Debtor for the Period February 1, 2018 to March 31, 2018 (the "Application") [D.I. 616], filed on April 17, 2018. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were required to be filed and served no later than May 8, 2018 at 4:00 p.m. ET.

Pursuant to this Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, entered July 8, 2013 (the "Interim Compensation Order") [D.I. 57], the Debtor is authorized and directed to pay DRC $352 (the sum of $352, which represents 80% of the fees for the period of February 1, 2018 to March 31, 2018, and $0, which represents

{12176-001 CER A0506815.DOCX}

100% of the expenses requested in the Application for the same period) upon the filing of this certification and without the need of a court order.

Dated: May 11, 2018

            **SHAW FISHMAN GLANTZ & TOWBIN LLC**

*/s/ Thomas M. Horan*
Thomas M. Horan (Bar No. 4641)
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone: (302) 480-9412
E-mail: thoran@shawfishman.com

-and-

Mark L. Radtke
David R. Doyle
321 N. Clark St., Suite 800
Chicago, IL 60654
Telephone: (302) 541-0151
E-mail: mradtke@shawfishman.com
E-mail: ddoyle@shawfishman.com

Counsel to the Debtor and Debtor-in-Possession