IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIAD GUARANTY INC. | Case No. 13-11452 (MFW) |
| Debtor. | Objections Due: May 15, 2018 at 4:00 p.m. ET |
| | Re: D.I. 620 |

**CERTIFICATE OF NO OBJECTION REGARDING TENTH MONTHLY FEE APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD MARCH 1, 2018 THROUGH MARCH 31, 2018**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Tenth Monthly Fee Application of Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor and Debtor-in-Possession for the Period March 1, 2018 to March 31, 2018 (the "Application") [D.I. 620], filed on April 24, 2018. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were required to be filed and served no later than May 15, 2018 at 4:00 p.m. ET.

Pursuant to this Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, entered July 8, 2013 (the "Interim Compensation Order") [D.I. 57], the Debtor is authorized and directed to pay Shaw Fishman $1,486.20 (the sum of $1,466.80, which represents 80% of the fees for the period of March 1, 2018 to March 31, 2018, and

{12176-001 CER A0507601.DOCX}

$19.40, which represents 100% of the expenses requested in the Application for the same period) upon the filing of this certification and without the need of a court order.

Dated: May 22, 2018                     **SHAW FISHMAN GLANTZ**
                **& TOWBIN LLC**

                */s/ Thomas M. Horan*
                Thomas M. Horan (Bar No. 4641)
                300 Delaware Ave., Suite 1370
                Wilmington, DE 19801
                Telephone: (302) 480-9412
                E-mail: thoran@shawfishman.com

                Counsel to the Debtor and Debtor-in-Possession