IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIAD GUARANTY INC. | Case No. 13-11452 (MFW) |
| Debtor. | Objections Due: June 12, 2018 at 4:00 p.m. ET |
| | Re: D.I. 633 |

**CERTIFICATE OF NO OBJECTION REGARDING ELEVENTH MONTHLY FEE APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD APRIL 1, 2018 THROUGH APRIL 30, 2018**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Eleventh Monthly Fee Application of Shaw Fishman Glantz & Towbin LLC[1] ("Shaw Fishman") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor and Debtor-in-Possession for the Period April 1, 2018 to April 30, 2018 (the "Application") [D.I. 633], filed on May 22, 2018. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were required to be filed and served no later than June 12, 2018 at 4:00 p.m. ET.

Pursuant to this Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, entered July 8, 2013 (the "Interim Compensation Order") [D.I. 57], the Debtor is authorized and directed to pay Shaw Fishman $2,628.58 (the sum of $2,604.80, which

---

[1] As of June 11, 2018, Shaw Fishman Glantz & Towbin LLC has merged with Fox Rothschild LLP.

represents 80% of the fees for the period of April 1, 2018 to April 30, 2018, and $23.78, which represents 100% of the expenses requested in the Application for the same period) upon the filing of this certification and without the need of a court order.

Dated: June 14, 2018

**FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (Bar No. 4641)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 480-9412
Fax: (302) 656-8920
E-mail: thoran@foxrothschild.com

Counsel to the Debtor and Debtor-in-Possession